720 A.2d 322

**Heath William BURCH**

v.

**STATE of Maryland.**

**Misc. No. 16, Sept. Term, 1998.**

Court of Appeals of Maryland.

Nov. 12, 1998.

H. Mark Stichel (Gohn, Hankey & Stichel) and William Kanwisher (Redmond, Burgin & Gutierrez), Baltimore, for appellant.

Gwynn X. Kinsey, Jr., Assistant Attorney General, for appellee.

Submitted to BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

**ORDER**

The Court having considered the application for leave to appeal the denial of post conviction relief in a capital case and the response in opposition to application filed thereto, it is this 12th day of November, 1998,

ORDERED, by the Court of Appeals of Maryland, that the application be, and it is hereby, denied.

BELL, C.J., would grant the application.